UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN K. BROWN,<br><br>         Plaintiff,<br><br>     v.<br><br>WRIGHT, *et al.*,<br><br>         Defendants. | Case No.  2:23-cv-02321-JDP (PC)<br><br>**ORDER**<br><br>DIRECTING THE CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS MATTER<br><br>**FINDINGS AND RECOMMENDATIONS**<br><br>THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PAY THE REQUIRED FILING FEE AND COMPLY WITH COURT ORDERS<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On November 29, 2023, I ordered plaintiff to submit, within thirty days, either the required filing fee or a complete application to proceed *in forma pauperis*. ECF No. 8. I also warned him that failure to respond to the order would result in a recommendation that this action be dismissed. *Id* at 2. Plaintiff did not comply with that order, and on December 14, 2023, the court received a notice stating, "MAIL RETURNED as Undeliverable; Parole Attempted not known."[1]

---

[1] A search of the CDCR Incarcerated Records and Information Search does not list plaintiff as currently in CDCR custody.

1

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that this action be dismissed without prejudice for failure to pay the required filing fee and failure to comply with court orders.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   January 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2